UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U<span/>NITED S<span/>TATES OF A<span/>MERICA,

    Plaintiff,

v.

P<span/>ATRICIA L. V<span/>ANDER<span/>Z<span/>WAAG AND
D<span/>ANIEL L<span/>EE V<span/>ANDER<span/>Z<span/>WAAG,

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:08-cr-324

## ORDER GRANTING MOTIONS FOR LEAVE TO WITHDRAW, TO SUBSTITUTE ATTORNEYS, AND FOR CONTINUANCE

This matter is before the Court on attorney Charles S. Rominger and Dilly & Rominger, PLC's Motion for Leave to Withdraw, Defendants Patricia L. VanderZwaag and Daniel Lee VanderZwaag's Motion for Leave to Substitute Attorneys and Motion for Continuance. Attorney Rominger, the current attorney of record for the defendants, has requested this Court allow him to withdraw from the case and allow attorney Anastase Markou to replace him as counsel for both defendants. Defendants echo this request in their motion for substitution of attorneys. The government does not oppose these requests. The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Motion for Leave to Withdraw (Dkt. #65) is **GRANTED**. Charles S. Rominger and Dilly & Rominger, PLC is permitted to withdraw as counsel for defendants Patricia L. VanderZwaag and Daniel Lee VanderZwaag .

**IT IS FURTHER ORDERED** that the Motion for Leave to Substitute Attorneys (Dkt. #63) is **GRANTED**. Attorney Anastase Markou shall substitute as counsel of record for defendants Patricia L. VanderZwaag and Daniel Lee VanderZwaag.

**IT IS FURTHER ORDERED** that the Motion for Continuance (Dkt. #60) is **GRANTED**. The sentencing hearings currently scheduled for January 4, 2010, shall be rescheduled.

Date: November 24, 2009  /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge