UNITED STATES OF AMERICA
IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION
**********

UNITED STATES OF AMERICA,   Honorable Paul L. Maloney

  Plaintiff,

              Case No. 1:08-cr-324

vs

PATRICIA L. VANDERZWAAG,

  Defendants
_____/

## **MOTION TO SEAL**

Defendant, Patricia VanderZwaag, by and through her attorney, Anastase Markou, hereby moves this Honorable Court to seal the Supplemental Exhibit to Defendant's Sentencing Memorandum in the above-entitled case as the supplemental exhibit contains information referring to the Defendant's mental health condition, and that such sealing remain in force and operation until further order of this Court.

              LEVINE & LEVINE

Dated: March 15, 2010    By: */s/Anastase Markou*
              Anastase Markou
              Attorney for Defendant
           BUSINESS ADDRESS:
              427 South Burdick Street
              Kalamazoo, Michigan 49007
              269-382-0444

  IT IS SO ORDERED.

Dated: March 16, 2010    /s/ Paul L. Maloney
              Honorable Paul L. Maloney
              United States District Judge